IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CR-48-1FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEROY MOORE, JR. | ) | |

On September 27, 2018, the court received a pro se motion to obtain free copies of transcripts filed by Leroy Moore, Jr. ("movant") [DE-87]. The motion was referred to the clerk for ruling at the direction of the presiding judge. Movant seeks the materials for purposes of his appeal of the case to the Fourth Circuit Court of Appeals. That court has appointed Peter M. Wood as counsel for movant's appeal. DE-88.

Because defendant is now represented by counsel, the motion is DENIED. See United States v. Singleton, 107 F.3d 1091, 1103 (4th. Cir. 1997); see also United States v. Earquhart, No. 5:17-CR-134-BR, DE-171 (E.D.N.C. August 22, 2018) (denying defendant's pro se motion for transcripts and other documents without prepayment of fees where counsel had been appointed by the Fourth Circuit Court of Appeals).

SO ORDERED. This the 16 day of October, 2018.

Peter A. Moore, Jr.
Clerk of Court